```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION




WILLIAM SEALEY, ET AL.,        )    CASE NO:  CA-C-11-120
                               )
           Plaintiffs,         )           CIVIL
                               )
     vs.                       )    Corpus Christi, Texas
                               )
EMCARE, INC., ET AL.,          )    Tuesday, July 19, 2011
                               )
           Defendants.         )    (11:33 a.m. to 11:35 a.m.)


                        TELEPHONE CONFERENCE

             BEFORE THE HONORABLE JANIS GRAHAM JACK,
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiffs:           JAMES A. JONES, ESQ.
                          Bruckner Burch, PLLC
                          1415 Louisiana, Suite 2125
                          Houston, TX 77002

For Defendants:           PAUL J. BROWN, ESQ.
                          Greenberg Traurig, LLP
                          1700 Wells Fargo Plaza
                          1000 Louisiana Street
                          Houston, TX 77002


Court Recorder:           Velma Gano

Clerk:                    Lori Cayce

Transcriber:              Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, TX 78480-8668
                          361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

EXCEPTIONAL REPORTING SERVICES

2

1 **Corpus Christi, Texas; Tuesday, July 19, 2011; 11:33 a.m.**

2 **(Call to Order)**

3 **THE COURT:** Ms. Cayce, could you call the case?

4 **THE CLERK:** Yes, your Honor. The Court calls Civil

5 Action C-11-120, *Sealy, et al. versus Emcare, Inc., et al.*

6 May I have appearances, please?

7 **MR. JONES:** James A. Jones with Bruckner Burch for

8 the plaintiffs.

9 **MR. BROWN:** Paul J. Brown from Greenberg Traurig for

10 the defendants.

11 **THE COURT:** And the dispute is you've got the names,

12 plaintiff, and you want contact information. Is that right?

13 **MR. JONES:** We don't have the names yet because

14 defendants are refusing to produce them unless we agree that we

15 won't contact them.

16 **THE COURT:** Why is that defendants? I can understand

17 not giving them the contact information but they're entitled to

18 the names.

19 **MR. BROWN:** Well their -- I think that their request

20 is broader, and I think it does include contact information.

21 And Mr. Jones --

22 **THE COURT:** Well I'm not going to give them that.

23 They can have the names, they can file a motion for conditional

24 certification, and then they get the contact information.

25 **MR. BROWN:** Fair enough, your honor.

3

1         **THE COURT:** Okay.

2         **MR. BROWN:** I mean, I --

3         **THE COURT:** Anything else?

4         **MR. BROWN:** -- don't have a problem with the names.

5         **MR. JONES:** In addition to the names, can we have the

6 positions?

7         **THE COURT:** They're just -- they're supposed to give

8 you similarly situated people.

9         **MR. JONES:** Right. And --

10        **THE COURT:** Okay. Thank you.

11        **MR. BROWN:** Thank you.

12        **THE COURT:** Bye-bye.

13        **MR. JONES:** Thank you. Bye-bye.

14     **(This proceeding was adjourned at 11:35 a.m.)**

15

16

17

18

19

20

21

22

23

24

25

**EXCEPTIONAL REPORTING SERVICES, INC**

CERTIFICATION


I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____                    _July 19, 2011_ _


TONI HUDSON, TRANSCRIBER