UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM SEALEY AND J. MICHAEL NEUSE, on Behalf of Themselves and Others Similarly Situated | ] ] ] ] | C.A. NO. 2:11-cv-00120 |
| *Plaintiffs*, | ] ] | |
| v. | ] ] ] | COLLECTIVE ACTION |
| EMCARE, INC., ANESTHESIACARE., AND CLINICAL PARTNERS, P.A., | ] ] ] ] | |
| *Defendants*. | ] ] | JURY TRIAL DEMANDED |

**EXHIBITS TO PLAINTIFFS' OBJECTIONS**

Defendants' Exhibits 31, 32, and 130 – 134, to which agreement could not be reached in regard to Plaintiffs' Objections to Defendants' Trial Exhibits, are attached as Exhibits hereto.

Dated: March 11, 2013                Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: _/s/ James A. Jones_
  _____
Richard J. (Rex) Burch
S.D. Bar No. 21615
Texas Bar No. 24001807
James A. Jones
S.D. Bar No. 90
Texas Bar No. 10908300
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile

rburch@brucknerburch.com
jjones@brucknerburch.com

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel via the Court's ECF system.

**/s/ James A. Jones**

_____

James A. Jones